**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE A. O. SMITH CORPORATION STOCKHOLDER DERIVATIVE LITIGATION | C.A. NO. 19-cv-02127-LPS<br><br>(CONSOLIDATED) |

**STIPULATION AND [PROPOSED] ORDER REGARDING VOLUNTARY DISMISSAL OF ACTION PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 23.1 AND 41**

Plaintiffs Ian Pierce and Alan Jarozewski ("Plaintiffs"), derivatively on behalf of A. O. Smith Corporation ("A. O. Smith" or "Nominal Defendant"), and defendants Ajita G. Rajendra, Kevin J. Wheeler, John J. Kita, Ronald D. Brown, Gloster B. Current, Jr., William P. Greubel, Paul W. Jones, Dr. Ilham Kadri, Bruce M. Smith, Mark D. Smith, Idelle K. Wolf and Gene C. Wulf (collectively, the "Individual Defendants," and together with the Nominal Defendant, "Defendants") have conferred, through counsel, and agree that Plaintiffs shall voluntarily dismiss the above-captioned consolidated action (the "Action") pursuant to Rules 23.1(c) and 41(a) of the Federal Rules of Civil Procedure, without prejudice as to Plaintiffs, Nominal Defendant, and/or any other A. O. Smith stockholder.

WHEREAS, Plaintiffs and Defendants (the "Parties") agree that the dismissal is not, and shall not be deemed to be, an adjudication of the Action on the merits, and that each Party shall bear its own fees, costs, and expenses incurred in connection with the Action; and

WHEREAS, the Parties agree and respectfully submit that notice to the A. O. Smith stockholders of this dismissal is unnecessary because: (i) the dismissal is without prejudice to the ability of any A. O. Smith stockholders, or A. O. Smith itself, to pursue the claims asserted in the Action; (ii) there has been no settlement or compromise of the Action; (iii) there has been no collusion among the Parties; and (iv) neither Plaintiffs nor their counsel has received or will receive, directly or indirectly, any consideration from Defendants for the dismissal.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among the Parties, that:

1. This Action, including all actions consolidated into the Action, shall be dismissed, on the terms provided for in this Stipulation and Proposed Order, without prejudice as to Plaintiffs, A. O. Smith and/or any other A. O. Smith stockholder.

2. Notice to the A. O. Smith stockholders of this dismissal is unnecessary because: (i) the dismissal is without prejudice to the ability of any A. O. Smith stockholders, or A. O. Smith itself, to pursue the claims asserted in the Action; (ii) there has been no settlement or compromise of the Action; (iii) there has been no collusion among the Parties; and (iv) neither Plaintiffs nor their counsel has received or will receive, directly or indirectly, any consideration from Defendants for the dismissal.

3. The Parties shall bear their own fees, costs, and expenses in connection with the Action.

| | |
|---|---|
| Dated: September 24, 2020 | Respectfully submitted, |
| **FARNAN LLP** | **ABRAMS & BAYLISS LLP** |
| /s/ Brian E. Farnan | /s/ Matthew L. Miller |
| Brian E. Farnan (Bar No. 4089) | Kevin G. Abrams (Bar No. 2375) |
| Michael J. Farnan (Bar No. 5165) | Matthew L. Miller (Bar No. 5837) |
| 919 N. Market St., 12th Floor | Michael T. Manuel (Bar No. 6055) |
| Wilmington, DE 19801 | 20 Montchanin Road, Suite 200 |
| (302) 777-0300 | Wilmington, DE 19807 |
| bfarnan@farnanlaw.com | (302) 778-1000 |
| mfarnan@farnanlaw.com | abrams@abramsbayliss.com |
| | miller@abramsbayliss.com |
| *Liaison Counsel for Plaintiffs* | manuel@abramsbayliss.com |
| **LEVI & KORSINSKY, LLP** | OF COUNSEL: |
| Gregory M. Nespole | |
| 55 Broadway, 10th Floor | **LATHAM & WATKINS LLP** |
| New York, NY 10006 | Sean M. Berkowitz (*pro hac vice*) |

(212) 363-7500  
gnespole@zlk.com

**GLANCY PRONGAY & MURRAY LLP**  
Matthew M. Houston  
Benjamin I. Sachs-Michaels  
712 Fifth Avenue, 31st Floor  
New York, NY  10019  
(212) 935-7400  
bsachsmichaels@glancylaw.com

**GLANCY PRONGAY & MURRAY LLP**  
Robert V. Prongay  
Pavithra Rajesh  
1925 Century Park East, Suite 2100  
Los Angeles, CA  90067  
(310) 201-9150

*Co-Lead Counsel for Plaintiffs*

Nicholas J. Siciliano (*pro hac vice*)  
Kathryn K. George (*pro hac vice*)  
330 N. Wabash Avenue, Suite 2800  
Chicago, IL 60611  
(312) 876-7700  
sean.berkowitz@lw.com

*Counsel for Defendants*

\*     \*     \*

## ORDER

IT IS ORDERED that, pursuant to the stipulation of the parties and Rule 23.1 of the Federal Rules of Civil Procedure, this Action is hereby dismissed (i) without prejudice as to the Plaintiffs, A. O. Smith, and any other A. O. Smith stockholders, (ii) without costs, and (iii) without requiring notice. The Clerk of the Court is hereby ordered to enter this dismissal on every docket for the actions consolidated under the caption *In re A. O. Smith Corporation Stockholder Derivative Litigation*, i.e. C.A. Nos. 1:19-cv-02127-LPS and 1:20-cv-00215-LPS.

**IT IS SO ORDERED** this ___ day of _____, 2020.

_____
The Honorable Leonard P. Stark
United States District Court Judge

625177.1